Petition for Allowance of Appeal GRANTED, No. 141 E.D. Appeal Docket 1985.

499 A.2d 577

**Appeal of Neil CASALE.**

Supreme Court of Pennsylvania.

Oct. 21, 1985.

Petition for Allowance of Appeal GRANTED, No. 69 M.D. Appeal Docket 1985.

499 A.2d 577

**COMMONWEALTH of Pennsylvania**

**v.**

**Raymond Glen GREEN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 21, 1985.